■ In the Matter of KEVIN GEE, Appellant, v BOARD OF EDUCATION OF ROCHESTER CITY SCHOOL DISTRICT et al., Respondents. [951 NYS2d 689]—

Memorandum: We conclude that, by accepting employment as a school instructor and entering into a collective bargaining agreement as a result of his membership in the union representing him, petitioner waived any right to be credited for seniority in the tenure area of teacher (*see Matter of Dietz v Board of Educ. of Rochester City Sch. Dist.*, 98 AD3d 1251 [2012]; *Matter of Wiener v Board of Educ. of E. Ramapo Cent. School Dist.*, 90 AD2d 832, 833 [1982], *appeal dismissed* 58 NY2d 1115

[1983]). Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.